UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,                              :
                Plaintiff,  :
                            :
    -against-                              :   21 Civ. 10108 (LGS)
                            :
MOROSO USA, INC., et al.,                   :          ORDER
                Defendants  :
                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order at Dkt. No. 3, an initial pretrial conference was scheduled for February 2, 2022, and the parties were required to file a joint letter and proposed case management plan at least one week before the conference.

    WHEREAS, Plaintiff filed a letter requesting to adjourn the initial pretrial conference. Plaintiff further states in the letter that Defendants have been served through the Secretary of State but has not filed any proof of service.  It is hereby

    **ORDERED** that by February 2, 2022, Plaintiff shall file the proof of service.  It is further

    **ORDERED** that the initial pretrial conference scheduled for February 2, 2022, is **ADJOURNED** to March 2, 2022, at 4:00 P.M.  The parties shall file the joint letter and proposed case management plan by February 23, 2022, at noon.  If Defendants do not appear in this case by February 23, 2022, Plaintiff shall file a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.

Dated: January 27, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**