UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,
                      Plaintiff,

            -against-

MOROSO USA, INC., et al.
                     Defendants.
------------------------------------------------------------X

21 Civ. 10108 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated February 23, 2022, required the parties to file a proposed joint letter and case management plan by March 9, 2022;

WHEREAS, the initial pretrial conference is scheduled for March 16, 2022;

WHEREAS, Defendant Moroso USA, Inc.'s deadline to answer or otherwise respond to the complaint is March 17, 2022;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **March 15, 2022,** and shall explain why they have not complied with the Court's deadlines.

Dated: March 14, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE